Colin H. Murray, State Bar No. 159142
colin.murray@bakermckenzie.com
Christina M. Wong, State Bar No. 288171
christina.wong@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:+1 415 576 3099

Attorneys for Defendant
SIONIX CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| DOROTHY FRANCIS SANFORD, as Trustee of the DOROTHY FRANCIS SANFORD TRUST and BUDD SANFORD,<br><br>Plaintiffs,<br><br>v.<br><br>SIONIX CORP., DAVID R. WELLS, ASCENDIANT SECURITIES, LLC and MICHAEL COLE,<br><br>Defendants. | **Case No. SACV13-01032 AG (JPRx)**<br><br>**(Removed from Orange County Superior Court, Case No. 30-2013-00653347-CU-SL-CXC on July 11, 2013)**<br><br>**Date Action Filed in Superior Court: May 28, 2013**<br><br>**DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT**<br><br>**Before: The Hon. Andrew Guilford Courtroom: 10D (Santa Ana)** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

6686846-v5\SFODMS

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT

Defendant Sionix Corporation ("Sionix"), by and through its undersigned attorneys, hereby files this Answer to the Complaint filed by plaintiffs Dorothy Francis Sanford, as Trustee of the Dorothy Francis Sanford Trust and Budd Sanford (collectively, "Plaintiffs") on May 28, 2013 in Orange County Superior Court (the "Complaint"), and removed to this Court on July 11, 2013, responding to the numbered paragraphs of the Complaint, as follows:

## NATURE OF ACTION AND OVERVIEW

1.      The facts alleged in the first and second sentences Paragraph 1 of the Complaint are irrelevant to any of Plaintiffs' claims; however, to the extent Sionix is required to respond, Sionix lacks sufficient information and knowledge to admit or deny the allegations in the first and second sentences in Paragraph 1 of the Complaint and, therefore, denies all such allegations.  Sionix denies each and every allegation in the third sentence of Paragraph 1 of the Complaint.

2.      Sionix admits the first sentence of Paragraph 2 of the Complaint.  The remaining sentences in Paragraph 2 of the Complaint state legal conclusions to which Sionix should not be required to respond; however, to the extent Sionix is required to respond, Sionix denies all such allegations.

## THE PARTIES

3.      Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 3 of the Complaint and, therefore, Sionix denies all such allegations.

4.      Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 4 of the Complaint and, therefore, Sionix denies all such allegations.

5.      Sionix admits the allegation in the first sentence of Paragraph 5 of the Complaint insofar as it alleges Sionix is a Nevada corporation, but denies that its principal place of business was in Los Angeles, California at all times relevant in the Complaint.  Sionix moved its principal place of business from Los Angeles,

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6686846-v5\SFODMS

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT

California, to Houston, Texas on March 11, 2013. Sionix admits that at all relevant times Sionix was registered with the United States Securities and Exchange Commission and its stock was publicly traded on the Over-the-Counter Bulletin Board.

6. Sionix lacks sufficient information and knowledge to admit or deny the allegations in the first sentence of Paragraph 6 of the Complaint and, therefore, Sionix denies all such allegations. Sionix denies the second sentence of Paragraph 6 insofar as it alleges that Defendant Wells was the President, Chief Financial Officer, Secretary/Treasurer, and Principal Financial and Accounting Officer of Sionix, and a member of its board of directors "at all relevant times" because Mr. Wells left Sionix on March 1, 2013.

7. Sionix admits the allegations in the first sentence of Paragraph 7 of the Complaint insofar as it alleges that Ascendiant Securities, LLC is a Nevada limited liability company with its principal place of business in Irvine, California. Sionix admits the allegations in the second sentence of Paragraph 7 of the Complaint that Ascendiant is registered with the United States Securities and Exchange Commission, however Sionix lacks sufficient knowledge to admit or deny the remaining allegations of the second sentence of Paragraph 7 and therefore denies such allegations. The third sentence in Paragraph 7 of the Complaint calls for legal conclusions to which Sionix is not required to respond, therefore Sionix denies all such allegations.

8. Sionix admits the allegations in the first sentence of Paragraph 8 of the Complaint, insofar as it alleges that Defendant Michael Cole is an individual residing in Orange County, California. The allegations in the second sentence of Paragraph 8 of the Complaint state legal conclusions to which Sionix should not be required to respond; however, to the extent Sionix is required to respond, Sionix denies all such allegations.

9. The allegations in Paragraph 9 of the Complaint state legal conclusions to which Sionix should not be required to respond; however, to the extent Sionix is required to respond, Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 9 and, therefore, Sionix denies all such allegations.

10. The allegations in Paragraph 10 of the Complaint state legal conclusions to which Sionix should not be required to respond; however, to the extent Sionix is required to respond, Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 10 of the Complaint 9 and, therefore, Sionix denies all such allegations.

## JURISDICTION AND VENUE

11. The allegations in Paragraph 11 of the Complaint state legal conclusions to which Sionix should not be required to respond; however, to the extent Sionix is required to respond, Sionix lacks sufficient information and knowledge to admit or deny the allegations and, therefore, Sionix denies all such allegations.

12. Sionix admits the allegations in Paragraph 12 of the Complaint insofar as they allege this Court has personal jurisdiction over Defendants; however, Sionix denies the allegation that Sionix is a resident of California.

13. Sionix admits the allegations in Paragraph 13 of the Complaint.

## GENERAL ALLEGATIONS

14. Sionix lacks sufficient knowledge to admit or deny the allegations in Paragraph 14 of the Complaint and, therefore, Sionix denies all such allegations.

15. Sionix lacks sufficient knowledge to admit or deny the allegations in Paragraph 15 of the Complaint and, therefore, Sionix denies all such allegations.

16. Sionix lacks sufficient knowledge to admit or deny the allegations in Paragraph 16 of the Complaint and, therefore, Sionix denies all such allegations.

17. Sionix lacks sufficient knowledge to admit or deny the allegations in Paragraph 17 of the Complaint and, therefore, Sionix denies all such allegations.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6686846-v5\SFODMS

3

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT

18. Sionix admits the first sentence of Paragraph 18 of the Complaint. Sionix admits the allegations in the second sentence of Paragraph 18 of the Complaint insofar as it alleges the 8% Convertible Debenture is dated April 30, 2012, but denies that it was backdated.

19. Sionix admits the first sentence of Paragraph 19 of the Complaint insofar as it alleges Sionix issued a convertible note to the Trust. Sionix lacks sufficient information and knowledge to admit or deny the remaining allegations in Paragraph 19 and, therefore, Sionix denies all such allegations.

20. The allegations in Paragraph 20 of the Complaint state legal conclusions to which Sionix should not be required to respond; however, to the extent Sionix is required to respond, Sionix lacks sufficient information and knowledge to admit or deny the allegations and, therefore, Sionix denies all such allegations.

21. Sionix denies the first sentence of Paragraph 21 of the Complaint. Sionix lacks sufficient knowledge to admit or deny the allegations in Paragraph 21 of the Complaint and, therefore, Sionix denies all such allegations.

22. Sionix admits the first sentence of Paragraph 22 of the Complaint insofar as it alleges Sionix filed a Registration Statement with the United States Securities and Exchange Commission on Form S-1; Sionix denies all remaining allegations in the first sentence of Paragraph 22. The document was signed on February 8, 2013 and filed on February 11, 2013. Sionix denies the second sentence of Paragraph 22 of the Complaint.

## FIRST CAUSE OF ACTION

**(Violation of California Corporations Code Section 25401 - by Dorothy Francis Sanford Against All Defendants**)

23. Sionix incorporates by reference its answers to Paragraphs 1 through 22 of the Complaint as if fully set forth herein.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6686846-v5\SFODMS

4

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT

24. Sionix denies each and every allegation in Paragraph 24 of the Complaint.

25. Sionix denies each and every allegation in Paragraph 25 of the Complaint.

26. Sionix denies each and every allegation in Paragraph 26 of the Complaint.

27. Sionix denies each and every allegation in Paragraph 27 of the Complaint.

28. Sionix denies each and every allegation in Paragraph 28 of the Complaint.

29. Sionix denies each and every allegation in Paragraph 29 of the Complaint.

## SECOND CAUSE OF ACTION

**(Financial Elder Abuse -by Dorothy Francis Sanford Against All Defendants)**

30. Sionix incorporates by reference its answers to Paragraphs 1 through 29 of the Complaint as if fully set forth herein.

31. The allegations in Paragraph 31 of the Complaint state legal conclusions to which Sionix should not be required to respond; however, to the extent Sionix is required to respond, Sionix lacks sufficient information and knowledge to admit or deny the allegations and, therefore, Sionix denies all such allegations.

32. Sionix denies each and every allegation in Paragraph 32 of the Complaint.

33. Sionix denies each and every allegation in Paragraph 33 of the Complaint.

34. Sionix denies each and every allegation in Paragraph 34 of the Complaint.

35. Sionix denies each and every allegation in Paragraph 35 of the Complaint.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6686846-v5\SFODMS

5

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT

36. Sionix denies each and every allegation in Paragraph 36 of the Complaint.

37. Sionix admits the first sentence in Paragraph 37 of the Complaint insofar as it alleges that counsel for the Trust wrote a letter to Sionix in May 2013; however, Sionix denies the remaining allegations, including that counsel requested the return of the principal amount of investment. Sionix denies the second sentence of Paragraph 37 of the Complaint. The allegations in the third sentence of Paragraph 37 of the Complaint state legal conclusions to which Sionix should not be required to respond; however, to the extent Sionix is required to respond, Sionix denies all such allegations.

## THIRD CAUSE OF ACTION

**(Fraud - by Dorothy Francis Sanford Against All Defendants)**

38. Sionix incorporates by reference its answers to Paragraphs 1 through 37 of the Complaint as if fully set forth herein.

39. Sionix denies each and every allegation in Paragraph 39 of the Complaint.

40. Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 40 of the Complaint and therefore denies all such allegations.

41. Sionix denies each and every allegation in Paragraph 41 of the Complaint.

42. Sionix denies each and every allegation in Paragraph 42 of the Complaint.

43. Sionix denies each and every allegation in Paragraph 43 of the Complaint.

44. Sionix denies each and every allegation in Paragraph 44 of the Complaint.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6686846-v5\SFODMS

6

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT

45. Sionix denies each and every allegation in Paragraph 45 of the Complaint.

## FOURTH CAUSE OF ACTION

### (Fraudulent Concealment - Against All Defendants)

46. Sionix incorporates by reference its answers to Paragraphs 1 through 45 of the Complaint as if fully set forth herein.

47. Sionix denies each and every allegation in Paragraph 47 of the Complaint.

48. Sionix denies each and every allegation in Paragraph 48 of the Complaint.

49. Sionix denies each and every allegation in Paragraph 49 of the Complaint.

50. Sionix denies each and every allegation in Paragraph 50 of the Complaint.

51. Sionix denies each and every allegation in Paragraph 51 of the Complaint.

52. Sionix denies each and every allegation in Paragraph 42 of the Complaint.

## FIFTH CAUSE OF ACTION

### (Breach of Fiduciary Duty - Against Ascendiant and Cole)

53. Sionix incorporates by reference its answers to Paragraphs 1 through 52 of the Complaint as if fully set forth herein.

54. Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 54 of the Complaint and, therefore, Sionix denies all such allegations.

55. Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 55 of the Complaint and, therefore, Sionix denies all such allegations.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

6686846-v5\SFODMS

7

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT

56. Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 56 of the Complaint and, therefore, Sionix denies all such allegations.

## SIXTH CAUSE OF ACTION

### (Negligent Misrepresentation - by Dorothy Francis Sanford Against All Defendants)

57. Sionix incorporates by reference its answers to Paragraphs 1 through 56 of the Complaint as if fully set forth herein.

58. Sionix denies each and every allegation in Paragraph 58 of the Complaint.

59. Sionix denies each and every allegation in Paragraph 59 of the Complaint.

## SEVENTH CAUSE OF ACTION

### (Intentional Infliction of Emotional Distress - by Plaintiffs Against All Defendants)

60. Sionix incorporates by reference its answers to Paragraphs 1 through 59 of the Complaint as if fully set forth herein.

61. Sionix denies each and every allegation in Paragraph 61 of the Complaint.

62. Sionix denies each and every allegation in Paragraph 62 of the Complaint.

63. Sionix denies each and every allegation in Paragraph 63 of the Complaint.

64. Sionix denies each and every allegation in Paragraph 64 of the Complaint.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6686846-v5\SFODMS

8

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT

## EIGHTH CAUSE OF ACTION

**(Negligent Infliction of Emotional Distress - by Plaintiffs Against All Defendants)**

65. Sionix incorporates by reference its answers to Paragraphs 1 through 64 of the Complaint as if fully set forth herein.

66. Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 66 of the Complaint and, therefore, Sionix denies all such allegations.

67. Sionix denies each and every allegation in Paragraph 67 of the Complaint.

68. Sionix lack sufficient information and knowledge to admit or deny the allegations in Paragraph 68 of the Complaint and, therefore, Sionix denies all such allegations.

69. Sionix denies each and every allegation in Paragraph 69 of the Complaint.

70. Sionix denies each and every allegation in Paragraph 70 of the Complaint.

## NINTH CAUSE OF ACTION

**(Negligence - by Dorothy Francis Sanford Against Ascendiant Securities, LLC)**

71. Sionix incorporates by reference its answers to Paragraphs 1 through 70 of the Complaint as if fully set forth herein.

72. Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 72 of the Complaint and, therefore, Sionix denies all such allegations.

73. Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 73 of the Complaint and, therefore, Sionix denies all such allegations.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6686846-v5\SFODMS

9

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT

74. Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 74 of the Complaint and, therefore, Sionix denies all such allegations.

## TENTH CAUSE OF ACTION

**(Breach of Contract - by Budd Sanford Against Sionix)**

75. Sionix incorporates by reference its answers to Paragraphs 1 through 74 of the Complaint as if fully set forth herein.

76. Sionix lacks sufficient information and knowledge to admit or deny the allegations in Paragraph 76 of the Complaint and, therefore, Sionix denies all such allegations.

77. The allegations in Paragraph 77 of the Complaint state legal conclusions to which Sionix should not be required to respond; however, to the extent Sionix is required to respond, Sionix admits the allegations.

78. Sionix denies each and every allegation in Paragraph 78 of the Complaint.

79. Sionix denies each and every allegation in Paragraph 79 of the Complaint.

## PRAYER FOR RELIEF

Sionix admits the allegations in the Prayer of the Complaint insofar as they allege the Plaintiffs pray for the relief outlined therein. Sionix denies that Plaintiffs are entitled to any relief whatsoever and deny committing any unlawful acts. Sionix denies all other allegations in the Prayer of the Complaint.

## DEFENSES AND AFFIRMATIVE DEFENSES

### FIRST DEFENSE

**(Failure to State a Claim)**

Plaintiffs fail to state a claim upon which relief can be granted in the Complaint.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6686846-v5\SFODMS

10

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT

## SECOND DEFENSE

## (Lack of Standing)

Plaintiffs lack standing to pursue claims against Sionix.

## THIRD DEFENSE

## (No Injury or Damages)

Plaintiffs have suffered no injury or damages as a result of any conduct by the Sionix.

## FOURTH DEFENSE

## (Loss Causation)

Plaintiffs have suffered no loss caused by any actions of Sionix because the Trust currently owns stock in Sionix. Any alleged loss is attributable to market conditions, not any actions of Sionix. Even assuming Plaintiffs validly rescinded the conversion of the convertible note, the note has not yet come due and thus Plaintiffs have suffered no loss.

## FIFTH DEFENSE

## (Failure to Mitigate)

Plaintiffs' have failed to make reasonable efforts to mitigate alleged damages suffered as a result of any action by Sionix, which would have prevented any such damages or injury.

## SIXTH DEFENSE

## (Statute of Frauds)

Plaintiff Budd Sanford's claim for breach of contract is barred by the Statute of Frauds.

## SEVENTH DEFENSE

## (Lack of Proximate Cause/Intervening Cause/Superseding Cause)

Plaintiffs' claims of any loss, injury or damages suffered were not proximately caused by any acts or omissions by Sionix, but instead Plaintiffs' injuries, if any, were caused by market conditions, which constitute superseding and intervening causes.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6686846-v5\SFODMS

11

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT

## EIGHTH DEFENSE

### (Good Faith/No Culpable Participation)

Plaintiffs' claims are barred because at all times Sionix acted in good faith without scienter or any knowledge or intent to commit fraud, and/or did not directly or indirectly, culpably participate in the actionable acts or omissions, if any, of any other person or entity, or induce any of the acts alleged to give rise to any of Plaintiffs' alleged claims.

## NINTH DEFENSE

### (No Reliance)

Plaintiffs' claims are barred in whole or in part because Plaintiffs have failed to plead and cannot prove that they reasonably or justifiably relied on any alleged misstatements or omissions by Sionix.

## TENTH DEFENSE

### (Due Diligence)

Plaintiffs' claims are barred because Sionix at all times acted with reasonable care and due diligence with respect to the matters Plaintiffs now contend were misrepresented or omitted by Defendants.

## ELEVENTH DEFENSE

### (Equitable Defenses)

Plaintiffs are estopped by reason of their own conduct, acts and omissions from recovering on any claim they claim to have against Sionix.

## TWELFTH DEFENSE

### (Laches)

Plaintiffs' claims are barred because Plaintiffs unreasonably delayed the commencement of this action to the prejudice of Sionix.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6686846-v5\SFODMS

12

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT

# THIRTEENTH DEFENSE

## (Reservation of Rights)

Sionix hereby reserves and reasserts all affirmative defenses available under any applicable federal and state law. Sionix further alleges that discovery has not yet begun and, on this basis, other affirmative defenses may become known or substantiated. Sionix reserves the right to add affirmative defenses within a reasonable time after the facts of said affirmative defenses become known to Sionix.

WHEREFORE, Sionix prays as follows:

1. that Plaintiffs take nothing by way of their Complaint and that judgment be entered in favor of Sionix;

2. that Sionix be awarded its cost of suit incurred in defense of this action; and,

3. for such other and further relief as the Court deems just and proper.

Dated: July 18, 2013

Respectfully submitted,

BAKER & McKENZIE LLP
Colin H. Murray
Christina M. Wong

By: /s/ Christina M. Wong
Christina M. Wong
Attorneys for Defendant
SIONIX CORP.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

6686846-v5\SFODMS

13

Case No. SACV13-01032 AG (JPRx)
DEFENDANT SIONIX CORPORATION'S ANSWER TO COMPLAINT